# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PEYTON MYERS

VERSUS

MARY MARGARET MYERS

NO. 2023 CW 1288

**MAY 17, 2024**

---

In Re: Peyton Myers, applying for supervisory writs, Family Court Judicial District Court, Parish of East Baton Rouge, No. 232396.

---

BEFORE: **GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The exceptions of no cause of action and no right of action filed by defendant-in-reconvention, Peyton Myers, were rendered moot by the filing of plaintiff-in-reconvention's, Mary Margaret Myers', "Third Amended and Supplemental Answer to Petition for Divorce," which alleges additional reconventional claims. See **Smith v. Cannon**, 43,964 (La. App. 2d Cir. 1/28/09) 2 So.3d 1227, 1230, writ denied, 2009-0668 (La. 6/19/09), 10 So.3d 734; **Aydell v. Par. of E. Baton Rouge**, 2023-0396 (La. App. 1st Cir. 6/20/23) 2023 WL 4074018 (unpublished).

JMG
WIL

**Chutz, J.**, concurs.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT